U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 2 6 2015

TONY R. MOORE, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JIANG MEI ZHAN | CIVIL ACTION NO.: 1:15-1922 |
| VERSUS | |
| | JUDGE DEE D. DRELL |
| DAVID COLE, WARDEN, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

O R D E R

Before the court is Jiang Mei Zhan's emergency motion to stay deportation pending a determination on her petition for writ of habeas corpus filed with this court. (Doc. 5).

The REAL ID Act, 8 U.S.C. §1252, divests this court of jurisdiction to hear any challenge to a final order of removal. Moreover, §1252(g), provides in relevant part, "no court shall have jurisdiction to hear any cause or claim by or on behalf of any alien arising from the decision or action by the Attorney General to commence proceedings, adjudicate cases, or execute removal orders against any alien under this chapter." As Zhan's motion directly relates to the execution of a removal order, this court lacks jurisdiction. See Reno v. American-Arab Anti-Discrimination Comm., 525 U.S.471, 487 (1999).

Ordinarily, Zhan would not be without a remedy as a Court of Appeals has the authority to stay deportation during the pendency of an appeal. See Nken v. Holder, 566 U.S. 418 (2009). However, on May 7, 2015, the Fifth Circuit denied Zhan's motion to stay deportation and on May 29, 2015 the court denied motion for reconsideration. See Jiangmei Zhan v. Loretta Lynch, No. 15-60026 (5th Cir.2015).

As this court lacks jurisdiction,

IT IS HEREBY ORDERED that the motion to stay (Doc. 5) is DENIED.

THUS DONE AND SIGNED in chamber at Alexandria, Louisiana this 26th day of October, 2015.

DEE D. DRELL, CHIEF JUDGE<br>
UNITED STATES DISTRICT COURT