RECEIVED
JUL 22 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| JIANG MEI ZHAN | CIVIL ACTION NO. 1:15-CV-01922 |
|---|---|
| VERSUS | CHIEF JUDGE DRELL |
| U.S. ATTORNEY GENERAL, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 19) is GRANTED and Zhan's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 21st day of July, 2016.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE